RONALD E. CASSIDENTO *v.* AUGUSTUS SIMMONS
(4491)

HULL, SPALLONE and BIELUCH, Js.

Argued January 20—decision released January 22, 1987

*John L. Stawicki,* with whom, on the brief, was *Jean M. Stawicki,* for the appellant (defendant).

*Marc M. Schindelman,* for the appellee (plaintiff).

PER CURIAM. There is no error.